UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| ADOBE SYSTEMS, INC., | ) | Case No.: C 10-2390 RMW (PVT) |
| Plaintiff, | ) ) | **ORDER RE PARTIES' PROPOSED FORM OF PROTECTIVE ORDER** |
| v. | ) ) | |
| DAVID POLANCO, et al., | ) ) | |
| Defendants. | ) ) | |

On September 27, 2010, the parties submitted a proposed form of stipulated protective order. Some of the provisions of the proposed form of order are not acceptable to the court.[1]  Rather than spend time identifying all of the problems with the proposed form of order, the court finds it more efficient to direct the parties to use the one of the court's model forms of protective order. Therefore,

IT IS HEREBY ORDERED that, no later than October 15, 2010, the parties shall submit a revised form of protective order based on one of the court's model forms of protective order available in the "Forms" section of the court's website (www.cand.uscourts.gov).  If the parties believe that modification of the court's model form of order is reasonably necessary for the present action, they shall also submit a joint brief explaining what modification they seek, and why it is

---

[1] For example, Paragraph 2 fails to restrict confidentiality designations to information that qualifies for protection under Rule 26(c) of the Federal Rules of Civil Procedure.

ORDER, *page 1*

1  reasonably necessary for the present action.

2  IT IS FURTHER ORDERED that, pending entry of the final form of protective order, the

3  handling of confidential information shall be governed by the provisions of the court's model

4  "Stipulated Protective Order for Litigation Involving Patents, Highly Sensitive Confidential

5  Information And/or Trade Secrets."

6  Dated: *9/29/10*

7  PATRICIA V. TRUMBULL
8  United States Magistrate Judge