Louis A. Karasik (State Bar No. 100672)
Casondra K. Ruga (State Bar No. 237597)
**ALSTON + BIRD LLP**
333 S. Hope Street
16th Floor
Los Angeles, CA 90071
Telephone: (213) 576-1133
Facsimile: (213) 576-1100
Email: casondra.ruga@alston.com

James D. Ryan (*Pro hac vice*)
**RYAN AND RYAN, P.A.**
631 US Highway One
North Palm Beach, Florida 33408
Telephone: (561) 841-3420
Facsimile: (561) 841-3424
Email: jdr@attyryans.com

Attorneys for Defendants
DAVID POLANCO and ZTECHSOFTWARE, LLC

*E-FILED - 11/19/10*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| Adobe Systems Incorporated,<br><br>    Plaintiff,<br><br>  v.<br><br>David Polanco, et al.,<br><br>    Defendants. | Case No.: CV 10-02390 RMW<br><br>**STIPULATION TO CONTINUE MEDIATION COMPLETION DEADLINE; ORDER THEREON**<br><br>Honorable Judge Ronald M. Whyte<br><br>Filing Date:      May 28, 2010 |

1  TO THE HONORABLE RONALD M. WHYTE, UNITED STATES DISTRICT COURT
2  JUDGE:
3      This Stipulation is entered into based on the following facts:
4      A.    At the Case Management Conference on September 3, 2010, this Court
5  ordered that Plaintiff Adobe Systems Incorporated ("Plaintiff") and Defendants David
6  Polanco and Ztechsoftware, LLC ("Defendants") (collectively "the Parties") complete
7  mediation in the above-referenced matter by no later than November 26, 2010;
8      B.    Prior to participating in mediation, Defendants seek to propound discovery on
9  Plaintiff. Defendants represent that Plaintiff's responses to the discovery must be received
10 by Defendants before Defendants are able to meaningfully participate in mediation;
11     C.    Due to the holidays and the scheduling conflicts of the Parties and the
12 mediator, the Parties respectfully request an extension of time through January 31, 2011, by
13 which they must complete mediation.
14     Based on the foregoing, the Parties hereby STIPULATE through their attorneys of
15 record, and subject to this Court's approval, as follows:
16     1.    The mediation completion deadline, previously set for November 26, 2010, is
17 continued to January 31, 2011 or such other date as may be set by the Court.

18 DATED: October 25, 2010    Respectfully submitted,

19     J. Andre Coombs
    Annie S. Wang
20     **J. Andrew Coombs, A Professional Corp.**

21     /s/  Annie S. Wang
    Annie S. Wang
22     Attorneys for Plaintiff
    ADOBE SYSTEMS INCORPORATED
23     Respectfully submitted,
DATED: October 25, 2010
24     Louis A. Karasik
    Casondra K. Ruga
25     **ALSTON & BIRD LLP**

26     /s/  Casondra K. Ruga
    Casondra K. Ruga
27     Attorneys for Defendants
    DAVID POLANCO and ZTECHSOFTWARE,LLC
28

**ORDER**

Pursuant to the stipulation of the Parties, and good cause appearing therefrom; It is ORDERED that:

The mediation completion deadline, previously set for November 26, 2010, is continued to January 31, 2011.

IT IS SO ORDERED.

Date: __11/19/10_____    _____*Ronald M. Whyte*_____
                                               HON. RONALD M. WHYTE