Louis A. Karasik (State Bar No. 100672)
Casondra K. Ruga (State Bar No. 237597)
**ALSTON + BIRD LLP**
333 S. Hope Street
16th Floor
Los Angeles, CA 90071
Telephone:  (213) 576-1133
Facsimile: (213) 576-1100
Email: casondra.ruga@alston.com

James D. Ryan (*Pro hac vice*)               *E-FILED - 11/19/10*
**RYAN AND RYAN, P.A.**
631 US Highway One
North Palm Beach, Florida 33408
Telephone:  (561) 841-3420
Facsimile:  (561) 841-3424
Email: jdr@attyryans.com

Attorneys for Defendants
DAVID POLANCO and ZTECHSOFTWARE, LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| Adobe Systems Incorporated, | Case No.: CV 10-02390 RMW |
| Plaintiff, | **STIPULATION GRANTING DEFENDANTS LEAVE TO FILE FIRST AMENDED ANSWER; []** |
| v. | **ORDER THEREON** |
| David Polanco, et al., | |
| Defendants. | Honorable Judge Ronald M. Whyte |
| | Filing Date:        May 28, 2010 |

1       Plaintiff Adobe Systems Incorporated ("Plaintiff") and Defendants David

2   Polanco and Ztechsoftware, LLC ("Defendants"), by and through their respective counsel of

3   record, hereby stipulate as follows:

4       1.      Defendants may amend their Answer by adding new Fifteenth and

5   Sixteenth Affirmative Defenses at paragraphs 15 and 16.  A First Amended Answer which

6   includes this amendment is attached as Exhibit A.

7       2.      Within ten (10) days of the Court's execution of the Order granting

8   Defendants leave to amend their Answer, Defendants shall file and serve a First Amended

9   Answer (substantially in the form of Exhibit A) to the Complaint filed against them by

10  Plaintiff in the above entitled action.

11      3.      Nothing contained herein shall preclude Plaintiff from challenging the

12  sufficiency of Defendants' First Amended Answer.

13

14  DATED:  November 15, 2010        Respectfully submitted,

15                                   J. Andre Coombs
                                     Annie S. Wang
16                                   **J. Andrew Coombs, A Professional Corp.**

17                                   /s/  Annie S. Wang
                                     Annie S. Wang
18                                   Attorneys for Plaintiff
                                     ADOBE SYSTEMS INCORPORATED
19                                   Respectfully submitted,
    DATED:  November 15, 2010
20                                   Louis A. Karasik
                                     Casondra K. Ruga
21                                   **ALSTON & BIRD LLP**

22                                   /s/  Casondra K. Ruga
                                     Casondra K. Ruga
23                                   Attorneys for Defendants
                                     DAVID POLANCO and ZTECHSOFTWARE,LLC
24

25

26

27

28

STIPULATION GRANTING DEFENDANTS LEAVE TO FILE        1            Case No.: 10-cv-02390-RMW
FIRST AMENDED ANSWER; ORDER THERON

**ORDER**

Pursuant to the stipulation of the Parties, and good cause appearing:

It is ORDERED that:

Defendants shall file a First Amended Answer within ten (10) days of this Order.

IT IS SO ORDERED.

Date:   11/19/10                    _____
                                    HON. RONALD M. WHYTE